**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 19−30437−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Franklin Willis Clark Sr.
13580 Providence Run Road
Ashland, VA 23005

Shelby Caroline Clark
13580 Providence Run Road
Ashland, VA 23005

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8039                                          Joint Debtor: xxx−xx−1335

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA                                                         Joint Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**       **DEBTOR OR DEBTOR'S COUNSEL**

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on January 28, 2019. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **February 11, 2019**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 Chapter 13 Plan

Date:  January 29, 2019

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Linda Smith
Deputy Clerk

[30152vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Franklin Willis Clark, Sr.  
Shelby Caroline Clark  
    Debtors

Case No. 19-30437-KRH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: smithla     Page 1 of 1     Date Rcvd: Jan 29, 2019  
                    Form ID: 30152     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.  
db/jdb         +Franklin Willis Clark, Sr.,    Shelby Caroline Clark,    13580 Providence Run Road,    Ashland, VA 23005-7476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:  
         John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov  
         Patrick Thomas Keith    on behalf of Debtor Franklin Willis Clark, Sr. ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com  
         Patrick Thomas Keith    on behalf of Joint Debtor Shelby Caroline Clark ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com;keithpr71011@notify.bestcase.com  
         Suzanne E. Wade    ecfsummary@ch13ricva.com, trustee@ch13ricva.com;fred@cmc13.net  
                                                                                                TOTAL: 4